PHILLIP A. TALBERT
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Nov 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-mj-00133 EPG |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| RYAN MICHAEL VILLA, JUAN MIGUEL CASTANEDA, | |
| Defendants. | |

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Nov 7, 2023**

_/s/ Erica P. Grosjean_
Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE