1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7
8

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-MJ-00133-EPG |
| | ) | |
| Plaintiff, | ) | **UNSEALING ORDER** |
| v. | ) | |
| | ) | |
| JUAN MIGUEL CASTANEDA | ) | |
| RYAN MICHAEL VILLA, | ) | |
| | ) | |
| Defendants. | ) | |

9
10
11
12
13
14

15      Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District

16   of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the

17   above matter, be UNSEALED.

18

19   DATED:   November 9, 2023

20                                                _____
                                                 HON. SHEILA K. OBERTO
21                                               UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28